# United States District Court

FILED
NOV 28 2006

---------- DISTRICT OF SOUTH DAKOTA ----------

CLERK

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

EARL W. WRIGHT,

    Defendant.

**ORDER**

CASE NUMBER: CR. 06-40015

This matter having come before the court on Tuesday, November 28, 2006, and it being the Court's intent not to detain the Defendant pending further proceedings, it is hereby

ORDERED, that the terms and conditions of the Order Setting Conditions of Release entered on November 1, 2006, in the Eastern District of Texas (Sherman Division) are hereby continued in full force and effect, with the following additional conditions of release:

1. Defendant shall maintain regular contact with his counsel and promptly respond to any inquiries from counsel.
2. Defendant shall satisfy his ongoing monthly support payments of $231, beginning in December.
3. Defendant shall sign an unsecured Appearance & Compliance Bond in the amount of $30,000.

Dated this 28 day of November, 2006.

BY THE COURT:

John E. Simko
United States Magistrate Judge

ATTEST:
JOSEPH HAAS, CLERK
By _____
    Deputy